Because the plaintiff had a claim in his original complaint in which he alleged violations of the Moss-Magnuson Act, I believe that the amendment should have been allowed, and in this case, the refusal of the trial judge to allow the amendment constituted prejudicial error. Although the trial judge states in an order that a pre-trial was held on November 2, sixteen days before the case was set for trial on November 18, there is no pre-trial order in the file which shows what action was taken to "control the subsequent cause of action" of this case. If there had been a pre-trial order in the record showing the issues remaining for trial, and the trial judge specifically disallowed these amendments, I believe the result could be different. Rule 16, if followed, can substantially govern the future cause of a trial. Here, because the order is not of record, I cannot tell what the parties and the court agreed upon insofar as alleged violations of the Moss-Magnuson Act are concerned. Consequently, I must respectfully dissent.